1

2  Austin W. Anderson
   WATTS LAW FIRM, LLP
3  2506 N. Port Avenue
   Corpus Christi, TX 78401
4  1.800.301.2823
   *Attorneys for Plaintiffs,*

5

                    UNITED STATES DISTRICT COURT
6
                    NORTHERN DISTRICT OF CALIFORNIA
7
                       SAN FRANCISCO DIVISION
8

9                                              ) Case No. C-06-5896
     IN RE: BEXTRA AND CELEBREX                )
10   MARKETING SALES PRACTICES, AND            ) MDL NO. 1699
     PRODUCT LIABILITY LITIGATION              )
11                                             ) District Judge:  Charles R. Breyer
     This Document Relates To:                 )
12   *Renee Booth, et al. v. Pfizer Inc., et al* )
                                               ) **STIPULATION AND ORDER OF**
13       CASE NO. C-06-5896                     ) **DISMISSAL WITH PREJUDICE**

14

15

16       COMES NOW Plaintiffs, Jon Alessi; Renee Booth, and Defendants, by and through the

17  undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of

18  this action **with prejudice** with each side bearing its own attorneys' fees and costs.

19

20       DATED:  December 29, 2009

21                                              _____
                                                Austin W. Anderson
22                                              WATTS LAW FIRM, LLP
                                                2506 N. Port Avenue
23                                              Corpus Christi, TX 78401
                                                1.800.301.2823
24                                              *Attorneys for Plaintiffs,*

25

26

27

28

                                  -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: APR - 5 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**